458 A.2d 939

**COMMONWEALTH of Pennsylvania**

v.

**Robert SANTIAGO, Appellant.**

Supreme Court of Pennsylvania.

Argued April 19, 1983.

Decided April 27, 1983.

William P. James, Philadelphia (court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Ann Lebowitz, Asst. Dist. Attys., Philadelphia, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

Judgments affirmed.